## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LKRB Industries, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Xuzhouaiyaxundianzishangwuyouxiangongsi (d/b/a TJOY US) AND THE OTHER INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" <br><br> Defendants. | Case No. 2:24-cv-1601 <br><br> JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NO. 38 (DINGXINGMINGRUI SHENZHEN E-COMMERCE CO.,LTD D/B/A TOPTHRIVING; SELLER ID: A3EQ9YSF2FB8FU)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff LKRB Industries, LLC d/b/a Happy Grandpa ("Plaintiff"), by and through its undersigned counsel, hereby submits this Notice of Voluntary Dismissal of all claims against Defendant DingXingMingRui Shenzhen E-Commerce Co.,Ltd d/b/a TopThriving, identified in Schedule "A" to the Complaint as Defendant No. 38 with Amazon Seller ID: A3EQ9YSF2FB8FU (the "dismissed Defendant") from this action WITH PREJUDICE with each party to bear its own costs, expenses, and attorneys' fees. The dismissed Defendant and Plaintiff have entered into a Settlement and Release Agreement effective January 14, 2025. The dismissed Defendant has not answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, the dismissed Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                Respectfully submitted,

Dated: <u>January 17, 2025</u>        By:    <u>/s/ John A. Schwab</u>
                                                      JOHN A. SCHWAB, ESQUIRE
                                                      PA I.D. No.: 89596

JOHN A. SCHWAB, ATTORNEY AT LAW, LLC
300 KOPPERS BUILDING
436 SEVENTH AVENUE, SUITE 300
PITTSBURGH, PA 15219
jas@johnschwablaw.com
412-235-9150

*Counsel for Plaintiff LKRB Industries, LLC d/b/a Happy Grandpa*